UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICARDO SCARPIM,<br>on behalf of herself and those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.;<br>VELOCITY INVESTMENTS, LLC; and<br>JOHN DOES 1 to 10,<br><br>        Defendants. | Case No. 2:21-cv-19414 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Convergent Outsourcing, Inc. ("COI"), through undersigned counsel, hereby removes this action from the Essex County Superior Court of New Jersey, State of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, COI states:

1. On September 22, 2021, Plaintiff, Ricardo Scarpim ("Plaintiff"), commenced a civil action in the Essex County Superior Court of New Jersey, State of New Jersey, entitled and captioned *Ricardo Scarpim v. Convergent Outsourcing, Inc., Velocity Investments, LLC and John Does 1 to 10,* Case No. ESX-L-7149-21 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2. In the Complaint, Plaintiff alleges statutory causes of action against COI under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* A true and correct copy of plaintiff's Complaint is attached hereto as **Exhibit A**. Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. COI was served with a copy of the Summons and Complaint on September 28, 2021.

4. The time within which COI is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which COI received a copy of the Summons and Complaint. *See* 28 U.S.C. § 1446.

5. The Essex County Superior Court of New Jersey, State of New Jersey, is located within the United States District Court for the District of New Jersey. Therefore, venue for purposes of removal is proper pursuant to 28 U.S.C. § 89(b) because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Essex County Superior Court of New Jersey, State of New Jersey. *See* **Exhibit B** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record, including plaintiff through her counsel.

8. Velocity Investments, LLC has consented to the instant removal application.

WHEREFORE, Defendant, Convergent Outsourcing, Inc., gives notice that this action is removed from the Essex County Superior Court of New Jersey, State of New Jersey, to the United States District Court for the District of New Jersey.

Dated: October 28, 2021                    Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (#026151994)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661
areasley@sessions.legal
*Attorneys for Defendant,*
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel via electronic mail:

Yongmoon Kim (026122011)
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117
ykim@kimlf.com

David C. Ricci (037622011)
LAW OFFICE OF DAVID C. RICCI, LLC
51 JFK Parkway
First Floor West
Short Hills, New Jersey 07078
Tel. 973-218-2627
dricci@NJConsumerLawyer.com

             */s/ Aaron R. Easley*
             Aaron R. Easley, Esq.