Yongmoon Kim, Esq.
Email: ykim@kimlf.com
Philip D. Stern, Esq.
Email: pstern@kimlf.com
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117

David C. Ricci
Email: dricci@NJConsumerLawyer.com
LAW OFFICE OF DAVID C. RICCI, LLC
51 JFK Parkway, First Floor West
Short Hills, New Jersey 07078
Tel. 973-218-2627

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICARDO SCARPIM,<br>*on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.; VELOCITY INVESTMENTS, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:21-cv-19414-MCA-JBC<br><br><br>**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS CONVERGENT OUTSOURCING, INC. AND VELOCITY INVESTMENTS, LLC'S RULE 68 OFFER OF JUDGMENT** |

PLEASE TAKE NOTICE that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, having been served with Defendants Convergent Outsourcing, Inc. and Velocity Investments, LLC's Offer of Judgment on February 8, 2022, a copy of which is attached hereto as Exhibit A, hereby gives notice of Plaintiff's acceptance of the Offer of Judgment.

|  |  |
|---|---|
| | KIM LAW FIRM LLC |
| DATED: February 22, 2022 | *s/Yongmoon Kim*<br>Yongmoon Kim |