

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

July 28, 2022

*Via ECF*

Honorable James B. Clark, III, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street PO 01
Newark, NJ 07101

    Re:    *Scarpim v. Convergent Outsourcing, Inc., et al.*
                Case No. 2:21-cv-19414-MCA-JBC
                Our File No. 21-026

Dear Judge Clark:

This firm, along with co-counsel, represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Order (ECF No. 24), the parties submit the enclosed proposed form of Judgment for the Court's review and approval.

Thank you for Your Honor's time and courtesies in this matter.

                        Very truly yours,

                        *s/Yongmoon Kim*
                        Yongmoon Kim, Esq.
                        KIM LAW FIRM LLC

YK/jy
cc:    All Counsel of Record (*via ECF*)