UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICARDO SCARPIM,<br>*on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.;<br>VELOCITY INVESTMENTS, LLC; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:21-cv-19414-MCA-JBC<br><br><br><br>**JUDGMENT** |

AND NOW, this ___ day of _____, 2022, in accordance with the Defendants' Offer of Judgment and the Plaintiff's acceptance pursuant to Fed. R. Civ. P. 68,

It is ORDERED that judgment is entered in favor of the Plaintiff RICARDO SCARPIM and against the Defendants CONVERGENT OUTSOURCING, INC., and VELOCITY INVESTMENTS, LLC, in the amount of $15,500.00 (which consists of $5,500 to the Plaintiff and $10,000 for the Plaintiff's attorney's fees and costs), together with interest and costs. The Judgment is subject to the terms of the accepted Offer of Judgment, which is incorporated herein.

BY THE COURT:

ATTEST

Madeline Cox Arleo, U.S.D.J.

DATED: